Same case below, 597 F.3d 936.

No. 10-5780. Solomon Ben-Tov Cohen, Petitioner v. Theresa Hunt, Warden.

562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7401, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 372 Fed. Appx. 850.

No. 10-5781. Donald Kenneth Carlson, Petitioner v. Michigan.

562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7139.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 10-5785. August C. Ghilarducci, Petitioner v. United States.

562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7258.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-5786. Lamont Gentry Falls, Petitioner v. United States.

562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7605, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-5787. Starks Fincher, Jr., Petitioner v. United States.

562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7321.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 442.

No. 10-5788. Leonard Andre Hudson, Petitioner v. United States.

562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7395, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 353.

No. 10-5789. Nataska Howard, Petitioner v. United States.

562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7202.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 978.

No. 10-5793. Linh Dai, Petitioner v. United States.

562 U.S. 937, 131 S. Ct. 346, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7206.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 168.